UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

GARY JEFFERSON                                                CIVIL ACTION

VERSUS                                                        NO. 16-16989

JOHN WATERMAN, ET AL                                          SECTION "F" (4)

**O R D E R**

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that Gary Jefferson's § 1983 claims against John Waterman, Anthony Dupress, and Kevin Battaglia are **DISMISSED WITH PREJUDICE** as frivolous and otherwise for failure to state a claim for which relief can be granted under 28 U.S.C. § 1915, § 1915A, and 42 U.S.C. § 1997e.

New Orleans, Louisiana, this 22nd day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE